# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 391 EAL 2020

      Respondent

                            : Petition for Allowance of Appeal
                            : from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,  : No. 392 EAL 2020

      Respondent

                            : Petition for Allowance of Appeal
                            : from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,  : No. 393 EAL 2020

      Respondent

                            : Petition for Allowance of Appeal
                            : from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,  : No. 394 EAL 2020

      Respondent

                            : Petition for Allowance of Appeal
                            : from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 395 EAL 2020

      Respondent

                              Petition for Allowance of Appeal
                              from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 396 EAL 2020

      Respondent

                              Petition for Allowance of Appeal
                              from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 397 EAL 2020

      Respondent

                              Petition for Allowance of Appeal
                              from the Order of the Superior Court

      v.

TERRY JOHNSON,

      Petitioner

## **<u>ORDER</u>**

[391 EAL 2020, 392 EAL 2020, 393 EAL 2020, 394 EAL 2020, 395 EAL 2020, 396 EAL 2020 and 397 EAL 2020] - 2

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.